

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-9-2007

# Rabinowitz v. Amerigas

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4037

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Rabinowitz v. Amerigas" (2007). *2007 Decisions*. Paper 237.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/237

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4037
_____

GLORIA V. RABINOWITZ,

*Appellant*,

v.

AMERIGAS PARTNERS, L.P.,
CAREY M. MONAGHAN, and EUGENE V.N. BISSELL,

*Appellees*.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. Civil No. 05-cv-04278)
Magistrate Judge: Honorable Jacob P. Hart

_____

Before: SLOVITER, CHAGARES and HARDIMAN, *Circuit Judges*.

_____

ORDER AMENDING OPINION
_____

At the direction of the Court, it is hereby ORDERED that the opinion filed by this Court on November 2, 2007 is amended insofar as the word "Sales" shall be deleted and the word "Marketing" inserted in its place on page 9 of the opinion at line 8. The sentence should state as amended:

"It is undisputed that Bissell never promised Rabinowitz that a Vice President of Marketing position would be created, or guaranteed her that she would fill the position."

For the Court,

   /s/ Marcia M. Waldron
Clerk

Date: November 9, 2007
smw/cc:      Harold I. Goodman, Esq.
             Michael L. Banks, Esq.
             Russell R. Bruch, Esq.

2